# UNITED STATES DISTRICT COURT

# DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA

      v.                    **APPEARANCE**

                              CASE NO. 3:02CR249(AWT)

**JAMIL SARI**

*To the Clerk of this Court and all parties of record:*

    *Enter my Appearance as counsel in this case for:*

                              ***JAMIL SARI***

Date:  May 5, 2008

/s/
Signature

Bar No.: ct22981

*Deirdre A. Murray*
Print Name

*FEDERAL DEFENDER OFFICE*
Firm Name

*10 Columbus BLVD, FL 6*
Address

*Hartford,*   *CT*   *06106-1976*
City   State   Zip Code

*(860) 493 6260*
Phone Number

### CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on May 5, 2008, a copy of the foregoing Appearance was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/
Deirdre A. Murray