AO 247 (02/08) Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the

District of Connecticut

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| Jamil Sari ) | Case No: 3:02CR250(AWT); 3:02CR249(AWT) |
| ) | USM No: 14869-014 |
| Date of Previous Judgment: August 3, 2004 ) | Raymond R. Granger, Esq. |
| (Use Date of Last Amended Judgment if Applicable) ) | Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons ☒ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:

☐ DENIED.   ☒ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of   August 3, 2004   months **is reduced to**   146 months, concurrently   .

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

| | | | |
|---|---|---|---|
| Previous Offense Level: | 41 | Amended Offense Level: | 39 |
| Criminal History Category: | II | Criminal History Category: | II |
| Previous Guideline Range: | 360 to Life months | Amended Guideline Range: | 292 to 365 months |

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**

☐ The reduced sentence is within the amended guideline range.

☒ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.

☐ Other (explain):

**III. ADDITIONAL COMMENTS**

The reduced sentence is 180 months on count one in case number 3:02CR249, and 180 months on count one in case number 3:02CR250, to be served concurrently.

Except as provided above, all provisions of the judgment dated   8/3/04   shall remain in effect.

**IT IS SO ORDERED**.

Order Date:   August 21, 2008                                     /s/AWT
                                                                                   Judge's signature

Effective Date: September 21, 2008                     Alvin W. Thompson, United States District Judge
             (if different from order date)                               Printed name and title